IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **EDUARDO GUADALUPE VIZCAYNO,** <br> **TDCJ No. 2042663,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSEPH EASTRIDGE,** <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 7:20-cv-00033-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motion for Summary Judgment (ECF No. 33) is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 12th day of April, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE